

**ORDERED in the Southern District of Florida on July 29, 2016.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 16-10389 AJC |
| Liza Hazan | Chapter 11 |
|  Debtor._____/ | |
| | |
| JMB/Urban 900 Development Partners, Ltd. | |
|  Plaintiff | Adv. Case No. 16-01188 AJC |
| v | |
| Liza Hazan | |
|  Defendant | |
| _____/ | |

### ORDER APPROVING JOINT MOTION
### FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT
### (ECF 16)

    THIS CAUSE came on before the court on 7/28/16 at 10:30 A.M. upon the Joint Motion To Substitute Attorney Joel M. Aresty P.A. and Joel M. Aresty for Attorney Aaronson Schantz Beiley P.A. and Geoffrey S. Aaronson as counsel for defendant (ECF 16), and the Court, having reviewed the Joint Motion and there being no objections filed, it is

1

ORDERED that the Joint Motion To Substitute Attorney Joel M. Aresty P.A. and Joel M. Aresty for Attorney Aaronson Schantz Beiley P.A. and Geoffrey S. Aaronson as counsel for Defendant is granted, and Aaronson Schantz Beiley P.A. and Geoffrey S. Aaronson are relieved of any further responsibility in this case.

###

Submitted by: Joel M. Aresty
Copies to: Debtor, U.S. Trustee, 20 largest unsecured creditors, all appearances
Joel M. Aresty, Esq., is directed to serve a copy of this order on the parties listed below if not otherwise served: Office of U.S. Trustee, 51 SW 1st Ave. Room 1204, Miami, FL 33130