UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                               Case No. 16-10389-RAM

LIZA HAZAN a/k/a                                                     Chapter 11
ELIZABETH HAZAN,                                                     (Fully Administered Case

      Reorganized and discharged Debtor.
_____/
JMB/URBAN 900 DEVELOPMENT
PARTNERS, LTD
                                                            Adv. No. 16-ap-01188-RAM

      Plaintiff,
V.

LIZA HAZAN a/k/a
ELIZABETH HAZAN,

      Defendant.


_____/

**OPPOSITION TO MOTION TO REINSTATE ILLINOIS STATE
COURT JUDGMENT PURSUANT TO 11 U.S.C. §349(B)**

Reorganized and Discharged Liza Hazan a/k/a Elizabeth Hazan ("Ms. Hazan"), by and through her undersigned counsel, files her Opposition to non attorney Chris Kosachuk ("Kosachuk") through JMB/Urban 900 Development Partners, LTD ("JMB")'s Motion to reinstate formally the Illinois State Court Final Order of Judgment it held as of the petition date in accordance with U.S.C. §349(b) as a result of the dismissal and by operation of law under 11 U.S.C. §349(b), ECF No. 28 (the "Motion to Reinstate"). In support of her Opposition to JMB's Motion to Reinstate, Mrs. Hazan respectfully states as follows:

    **I.**       **INTRODUCTION**

On June 25, 2025, Christopher Kosachuk filed the Transfer of Claim Other than for Security [DE# 1480] wherein Mr. Kosachuk disclosed that he acquired the unsecured claim of JMB Urban 900 Development Partners, LTD ("JMB") in the amount of $664,380.47. *See* Proof of Claim No. 4-2 (the "Transferred Claim").  Also on June 25, 2025, non attorney Mr. Kosachuk filed, on behalf of JMB, the Motion to Reopen Case, to Dismiss Case with Prejudice and Restore its Petition Day Creditor Status [DE# 1481] (the "Motion to Dismiss").  In the Motion, Mr. Kosachuk argues that Liza Hazan (the "Debtor") has defaulted on her confirmed plan and, therefore, the Court should reopen the case, dismiss the case, and restore all creditors to their pre-petition status.

Also on June 25, 2025, non attorney Mr. Chris Kosachuk, filed, in this adversary case, on behalf of JMB/Urban 900 Development Partners, LTD ("JMB"), the Motion to reinstate formally the Illinois State Court Final Order of Judgment it held as of the petition date in accordance with U.S.C. §349(b) as a result of the dismissal and by operation of law under 11 U.S.C. §349(b), Adv. No. 16-ap-01188-RAM [DE# 28 (the "Motion to Reinstate"). Mr. Kosachuk argues in his Motion to reinstate that "**As a result of the dismissal and by operation of law under 11 U.S.C. §349(b), the Illinois State Court Judgment** [Doc. 1 pp. 20-29] **is reinstated as the debtor loses all the benefits of her confirmed plan on default and dismissal and the creditor is restored to its petition day status as an Illinois State Court Judgment Creditor**. WHEREFORE, for the foregoing reasons, the Court must formally reinstate JMB's Illinois State Court Judgment plus accrued interest to date and grant such other and further relief as the Court deems appropriate."

However, on July 8, 2025, this Court denied Mr. Kosachuk's Motion to Reopen Case, to Dismiss Case with Prejudice and Restore its Petition Day Creditor Status [DE#1481] finding that "The Motion is yet another attack by Mr. Kosachuk in "the lengthy and tortuous history" of litigation between him and the Debtor that has spread across multiple cases in multiple forums. *See* Order Dismissing Appeal [DE# 1407], which the Court incorporates here by reference.  This Court and the U.S. District Court for

2

the Southern District of Florida have ruled on several occasions that Mr. Kosachuk, through a separate entity, NLG LLC, lacked standing in this chapter 11 case to challenge the Debtor's confirmed plan. *See, e.g.*, DE#'s 1332 and 1461.

It is obvious that Mr. Kosachuk acquired the Transferred Claim to fabricate standing in an effort to continue this legal saga in this Court, but he is not going to succeed. If Mr. Kosachuk chooses to pursue his personal vendetta against the Debtor, he must do it elsewhere. The Court is not reopening this case." ECF No. 1484.

WHEREFORE, Reorganized and Discharged Liza Hazan a/k/a Elizabeth Hazan is respectfully asking the Court to deny Mr. Kosachuk, through JMB's Motion to Reinstate formally the Illinois State Court Final Order of Judgment it held as of the petition date in accordance with U.S.C. §349(b) as a result of the dismissal and by operation of law under 11 U.S.C. §349(b), Adv. No. 16-ap-01188-RAM [D.E.#28] as this Court denied Mr. Kosachuk, through JMB's Motion to Reopen Case, to Dismiss Case with Prejudice and Restore its Petition Day Creditor Status [DE# 1481] (the "Motion") (DE # 1484), and Grant such other and further relief as is just and proper. Dated: July 9, 2025.

Respectfully submitted,

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S
Tierra Verde, FL 33715
Phone: 305-899-9876
Fax: 305-723-7893
Aresty@Mac.com
Fla. Bar No. 197483

By:  /s/ Joel M. Aresty
Joel M. Aresty

*Counsel for Reorganized Discharged Liza Hazan*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document was served on the 26th day of June, 2022, electronically and by mail to the addresses on the attached service list.

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
309 1st Ave S
Tierra Verde, FL 33715
Phone: 305-899-9876
Fax: 305-723-7893
Aresty@Mac.com
Fla. Bar No. 197483

By:    /s/ Joel M. Aresty
Joel M. Aresty

*Counsel for Reorganized Discharged Liza Hazan*

### Service List

Elizabeth J Campbell on behalf of Creditor JMB/Urban 900 Development Partners, Ltd ecampbell@lockelord.com, LDaugherty@lockelord.com;David.Rankin@lockelord.com
Elizabeth J Campbell on behalf of Plaintiff JMB/Urban 900 Development Partners, Ltd ecampbell@lockelord.com, LDaugherty@lockelord.com;David.Rankin@lockelord.com

*16-10389-AJC Notice will be served by United States Postal Service Mail, postage prepaid, to:*

**Chris Kosachuk**
854 Pheasant Run Rd. West
Chester, PA 19382

And by email to: chriskosachuk@gmail.com

5